IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AARON RUBENSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-17-CA-962-FB |
| ) | |
| RICHARD N. AZAR, II; RAD2 ) | |
| MANAGEMENT, LLC; RAD2 ) | |
| MINERALS, LTD.; SEGUNDO ) | |
| RESOURCES, LLC; ) | |
| ) | |
| Defendants, ) | |
| ) | |
| AND ) | |
| ) | |
| CAMBER ENERGY, INC. f/n/a ) | |
| Lucas Energy, Inc., ) | |
| ) | |
| Nominal Defendant. ) | |

**AMENDED COURT ADVISORY CONCERNING DISCOVERY**

The original version of a Court Advisory Concerning Discovery (docket no. 7) was signed and filed on December 1, 2017. (Docket no. 9). On December 5, 2017, a member of defense counsel's staff called chambers and left a voicemail that defendant Azar's name had been misspelled in filings made by the Court, presumably in the style of the case. Although the usual practice of this Court would be to require defense counsel to file a motion, the Court has made an exception in this one instance. Specifically, the Court has undertaken a review of the orders made to date and is filing amended orders to correct the spelling error. Having determined the original version of this order contains the spelling mistake,

IT IS ORDERED that this amended order is filed only to correct the spelling of one defendant's name (from Azur to Azar) in the style of the case. In all other respects, it is identical to the original order entered on December 1, 2017. This amendment should therefore be characterized as a nunc pro tunc entry which is effective as of the date of the original order. In other words, this immaterial change

does not alter the terms and conditions of the Court Advisory Concerning Discovery dated December 1, 2017.

It is so ORDERED.

SIGNED this 6th day of December, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE