IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AARON RUBENSTEIN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL NO. |
| | § | SA-17-CV-00962-FB |
| RICHARD N. AZAR, II,  RAD2 | § | |
| MANAGEMENT, LLC,  RAD2 | § | |
| MINERALS, LTD.,  SEGUNDO | § | |
| RESOURCES, LLC, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER SETTING HEARING

Before the Court in the above-styled cause of action is Plaintiff's Motion to Extend Discovery and Dispositive Motion Deadlines, and Compel Discovery from Defendants' Designated Accountant [#35] and Defendants' Responses to Plaintiffs' Motion to Extend Discovery and Dispositive Motion Deadlines, and Compel Discovery from Defendants' Designated Accountant [#39, #40].  Having reviewed the parties' filings, the Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion [#35] is set for a hearing at **1:30 p.m.** on **Monday, July 2, 2018**, in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Plaintiff's motion and **file a joint advisory via CM/ECF no later than Friday, June 29, 2018** that indicates which issues, if any, remain in dispute after their conference.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.  After reviewing the parties' filings, the Court finds it necessary to emphasize it is not

interested in any ad hominen attacks; the parties' explanation of any remaining disputed issues should be brief and limited to the law and legally relevant facts.

**IT IS SO ORDERED.**

SIGNED this 25th day of June, 2018.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE