UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>          Plaintiff,<br>     v.<br><br>RICHARD N. AZAR, II,<br>RAD2 MANAGEMENT, LLC,<br>RAD2 MINERALS, LTD., and<br>SEGUNDO RESOURCES, LLC,<br><br>          Defendants,<br><br>          and<br><br>CAMBER ENERGY, INC.<br>(f/k/a LUCAS ENERGY, INC.),<br><br>          Nominal Defendant. | No. 5:17-cv-00962-FAB<br><br>ECF Case |

**AFFIRMATION IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, MIRIAM TAUBER declares as follows:

I am a member of the Bar of this Court and one of the attorneys for Plaintiff Aaron Rubenstein. I submit this Affirmation in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment in order to put the following documents referenced in Plaintiff's Opposition before the Court:

- **Exhibit 1**: Entry from Alan Dye's Section16.net Blog, dated December 18, 2017 re: "Court Dismisses Shareholder's Section 16(b) Complaint Based on Issuer's Prior Settlement With Insider".

Dated:  New York, New York
          September 20, 2018

                                                  *s/ Miriam Tauber*
                                                  _____
                                                  Miriam Tauber

## CERTIFICATE OF SERVICE

I, MIRIAM TAUBER, hereby certify that on September 20, 2018, I filed the foregoing Affirmation in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, by filing it with the Court using the Electronic Case Filing System, which caused service all counsel who have entered their appearances.

/s/ Miriam Tauber

_____

Miriam Tauber
885 Park Avenue No. 2A
New York, NY 10075

Tel: (323) 790-4881
Email: MiriamTauberLaw@gmail.com

*Attorney for Plaintiff Aaron Rubenstein*