# EXHIBIT 1

**Romeo & Dye's Section16.net**

No-Risk Trial    Renewals

Home

# Alan Dye's Section16.net Blog

Alan blogs weekly about Section 16 developments and practical tidbits.

Search for:

Search

Receive an email notification when this blog is updated:

Subscribe

**RECENT POSTS**

Challenge to Rule 16b-3(e) Exemption Dismissed as Time-Barred

Beware: The SEC Has a (Very) Old "Form 4" Posted!

Second Circuit Agrees that Investment Fund Ceased to be Ten Percent Owner Before Call Option Expired

Shareholder Group Finds Counsel to Pursue Tax Withholding Claims

Sights & Sounds: Section 16 Forums

**ARCHIVES**

September 2018
August 2018
July 2018
June 2018
May 2018
April 2018
March 2018
February 2018
January 2018
December 2017
November 2017
October 2017
September 2017
August 2017
July 2017
May 2017

**December 18, 2017**

## Court Dismisses Shareholder's 16(b) Complaint Based on Issuer's Prior Settlement with Insider

A judge in the Southern District of Colorado has held that an issuer's settlement of a Section 16(b) claim that had been brought to the issuer's attention by a shareholder precluded the shareholder from suing to recover a greater amount. See *Donoghue v. Bohemian Investments LLC*. The case involved ten percent owners of Omni Bio Pharmaceuticals who purchased and later agreed to amendments to a convertible note and warrants. A plaintiff's attorney submitted a demand letter to Omni asserting that the amendments were simultaneous purchases and sales and, when matched with other transactions by the insiders, resulted in recoverable short-swing profits. The issuer responded to the demand letter by entering into a settlement with the insiders, without involving the plaintiff's attorney. The plaintiff's attorney filed a complaint alleging that the issuer settled for too little.

The insiders moved to dismiss the complaint on the ground that the settlement precluded the issuer from recovering any additional amount. The plaintiff's attorney responded that Section 29(a) of the Exchange Act prohibits an issuer from waiving compliance with any provision of the Exchange Act, and that an issuer therefore can't obstruct a shareholder's enforcement of a 16(b) claim by settling it directly with the insider. The court disagreed, noting that courts have held that Section 29(a) does not does not preclude issuers from settling or releasing a "fraud claim" where the claim had matured and was known to the issuer at the time of the settlement and was "genuinely disputed and uncertain."

I would be hesitant to read this case to mean that no privately settled 16(b) claim can be challenged by the plaintiffs' bar. The plaintiff did appeal, but Omni had gone out of business, and the parties subsequently agreed to a stipulation of dismissal of the appeal. The record doesn't indicate whether the parties reached another settlement or, instead, the plaintiff gave up.

Posted by Alan Dye at 9:04 am
Permalink: https://www.section16.net/member/blogs/adye/2017/12/court-dismisses-

- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016
- April 2016
- March 2016
- January 2016
- October 2015
- September 2015
- July 2015
- June 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- November 2014
- September 2014
- August 2014
- July 2014
- May 2014
- February 2014
- January 2014
- December 2013
- October 2013
- September 2013
- August 2013
- July 2013
- June 2013
- May 2013
- April 2013
- February 2013
- January 2013
- October 2012
- August 2012
- July 2012

shareholders-16b-complaint-based-on-issuers-prior-settlement-with-insider.htm

← Second Circuit Declines to Rehear "Standing" Case | Home | Investment Adviser Not Liable for Managed Account's Short-Swing Profits →

- [June 2012](#)
- [April 2012](#)
- [March 2012](#)
- [January 2012](#)
- [December 2011](#)
- [November 2011](#)
- [September 2011](#)
- [August 2011](#)
- [July 2011](#)
- [June 2011](#)
- [April 2011](#)
- [March 2011](#)
- [February 2011](#)
- [December 2010](#)
- [October 2010](#)
- [September 2010](#)
- [August 2010](#)
- [July 2010](#)
- [May 2010](#)
- [April 2010](#)
- [March 2010](#)
- [February 2010](#)
- [January 2010](#)
- [December 2009](#)
- [September 2009](#)
- [August 2009](#)
- [July 2009](#)
- [June 2009](#)
- [April 2009](#)
- [March 2009](#)
- [February 2009](#)
- [January 2009](#)
- [December 2008](#)
- [November 2008](#)
- [October 2008](#)
- [September 2008](#)
- [August 2008](#)
- [July 2008](#)
- [June 2008](#)
- [May 2008](#)
- [April 2008](#)
- [March 2008](#)
- [January 2008](#)

December 2007

November 2007

October 2007

September 2007

August 2007

July 2007

June 2007

May 2007

April 2007

March 2007

February 2007

January 2007

December 2006

October 2006

September 2006

August 2006

July 2006

June 2006

May 2006

April 2006

March 2006

February 2006

January 2006

December 2005

November 2005

October 2005

September 2005

August 2005

July 2005

June 2005

May 2005

April 2005

March 2005

February 2005

January 2005

December 2004

November 2004

October 2004

September 2004

August 2004

July 2004

June 2004

May 2004

Court Dismisses Shareholders 16(b) Complaint Based on Issuer's Prior Settlement with ... Andrew's Section 16.net Blog
Case 5:17-cv-00962-FB-ESC Document 54-1 Filed 09/20/18 Page 6 of 6
9/20/18, 5:01 PM

April 2004