IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AARON RUBENSTEIN, | § § | |
| *Plaintiff*, | § § § | 5-17-CV-00962-FB-ESC |
| vs. | § § § | |
| RICHARD N. AZAR, II, RAD2 MANAGEMENT, LLC, RAD2 MINERALS, LTD., SEGUNDO RESOURCES, LLC, | § § § § § | |
| *Defendants*. | § § | |

### ADVISORY OF SETTLEMENT DURING MEDIATION
### AND ORDER REGARDING FILING OF DOCUMENTS

The undersigned held a mediation of the above-styled matter on 10/24/2018. In accordance with Local Civil Rule CV-88(i), the undersigned advises the District Court that this case **did** settle through mediation.

The parties are instructed to file with the District Court, within 30 days from the date of this Order, appropriate documents reflecting their settlement and their requested disposition of the case.

SIGNED this 2nd day of November, 2018.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

1