UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AARON RUBENSTEIN,

    Plaintiff,

v.

RICHARD N. AZAR, II,
RAD2 MANAGEMENT, LLC,
RAD2 MINERALS, LTD., and
SEGUNDO RESOURCES, LLC,

    Defendants,

and

CAMBER ENERGY, INC.
(f/k/a LUCAS ENERGY, INC.),

    Nominal Defendant.

No. 5:17-cv-00962-FAB

ECF Case

## NOTICE OF SETTLEMENT and STIPULATION OF DISMISSAL

Plaintiff hereby dismisses this case under Fed. R. Civ. P. 41(a)(1)(A)(ii) pursuant to a settlement executed by the parties following mediation.

Dated: November 14, 2018

s/ *[signature]*
Miriam Tauber (W.D Tex. Bar ID: 4462537)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A, New York NY 10075
Phone: (323) 790-4881
Email: MiriamTauberLaw@gmail.com

s/ *[signature]*
David Lopez (admitted pro hac vice)
171 Edge of Woods Rd. (PO Box 323),
Southampton NY 11968
Phone: (631) 287-5520
Email: DavidLopezEsq@aol.com

*Attorneys for Plaintiff Aaron Rubenstein*

s/
William L. Sessions (Tex. Bar No. 18041500)
SESSIONS & ASSOCIATES, PLLC
14951 N. Dallas Pkwy., Suite 400, Dallas TX 75254
Phone: (214) 445-4055
Email: LSessions@SessionsLaw.net
*Attorney for Defendants Richard N. Azar, II,
RAD2 Management, Ltd., and Segundo Resources, LLC*

s/
Timothy J. Henderson
6300 West Loop S., Suite 280, Bellaire TX 77401
Phone: (713) 667-7878
Email: TimJHenderson@msn.com
*Attorney for Nominal Defendant Camber Energy, Inc.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

AARON RUBENSTEIN,

        Plaintiff,

v.

RICHARD N. AZAR, II,
RAD2 MANAGEMENT, LLC,
RAD2 MINERALS, LTD., and
SEGUNDO RESOURCES, LLC,

        Defendants,

and

CAMBER ENERGY, INC.
(f/k/a LUCAS ENERGY, INC.),

        Nominal Defendant.

No. 5:17-cv-00962-FAB

ECF Case

## NOTICE OF SETTLEMENT and STIPULATION OF DISMISSAL

Plaintiff hereby dismisses this case under Fed. R. Civ. P. 41(a)(1)(A)(ii) pursuant to a settlement executed by the parties following mediation.

Dated: November 14, 2018

s/
Miriam Tauber (W.D Tex. Bar ID: 4462537)
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A, New York NY 10075
Phone: (323) 790-4881
Email: MiriamTauberLaw@gmail.com

s/
David Lopez (admitted pro hac vice)
171 Edge of Woods Rd. (PO Box 323),
Southampton NY 11968
Phone: (631) 287-5520
Email: DavidLopezEsq@aol.com

*Attorneys for Plaintiff Aaron Rubenstein*

s/ William L. Sessions
William L. Sessions (Tex. Bar No. 18041500)
SESSIONS & ASSOCIATES, PLLC
14951 N. Dallas Pkwy., Suite 400, Dallas TX 75254
Phone: (214) 445-4055
Email: LSessions@SessionsLaw.net
*Attorney for Defendants Richard N. Azar, II,
RAD2 Management, Ltd., and Segundo Resources, LLC*

s/
Timothy J. Henderson
6300 West Loop S., Suite 280, Bellaire TX 77401
Phone: (713) 667-7878
Email: TimJHenderson@msn.com
*Attorney for Nominal Defendant Camber Energy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2018, I filed the foregoing **Notice of Settlement and Stipulation of Dismissal** on the Court's ECF system, which will notify counsel for all parties of the filing by email.

*s/ Miriam Tauber*

  Miriam Tauber